**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **ENVY 27, LLC d/b/a MOTEL 6,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 3:12-cv-00429** |
| **v.** | ) | **JURY DEMAND** |
| | ) | |
| **AMERICAN AUTOMOBILE** | ) | **Chief US. District Judge** |
| **INSURANCE COMPANY,** | ) | **Thomas A. Varlan** |
| | ) | **Magistrate Judge C. Clifford Shirley** |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that the Plaintiff's action against American Automobile Insurance Company is voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys fees, court costs, and discretionary costs.

Respectfully submitted,

 s/ J. Brandon McWherter
**J. BRANDON MCWHERTER**
Registration No. 21600
**CLINTON H. SCOTT**
Registration No. 23008
Attorneys for Plaintiff Envy 27, LLC d/b/a Motel 6

**GILBERT RUSSELL MCWHERTER, PLC**
101 North Highland Avenue
Jackson, TN 38301
(731) 664-1340

_/s E. Jason Ferrell_

**GARY A. BREWER**
Registration No. 4678
**E. JASON FERRELL**
Registration No. 24425
Attorneys for Defendant, American Automobile
Insurance Company

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2014, a copy of the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. The parties to be served are as follows:

J. Brandon McWherter
Clinton H. Scott
Gilbert Russell McWherter PLC
101 North Highland
731-664-1340

_/s E. Jason Ferrell_
**E. JASON FERRELL**