IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **ENVY 27, LLC d/b/a MOTEL 6,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **No.: 3:12-cv-429-TAV-CCS** |
| ) | |
| **AMERICAN AUTOMOBILE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

The parties to this action have filed a joint Stipulation of Dismissal with Prejudice in the above-captioned case. As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, with each party to bear its own attorney fees, court costs, and discretionary costs. The Court directs the Clerk to close the case.

IT IS SO ORDERED this 6th day of January, 2014.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE